

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2013

No. 04-12-00826-CR

Alonzo **HELMKE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR3874
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is **granted**. We **order** appellant's brief due **May 29, 2013**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court